# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFT BANK, FRANKFURT AM MAIN,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS PHILLIPUS MEYER, et al.,<br><br>Defendants. | CASE NO. C14-0869JLR<br><br>ORDER |

On August 24, 2017, the Ninth Circuit Court of Appeals reversed this court's decision affirming the bankruptcy court's judgment in favor of Plaintiff DZ Bank AG Deutsche Zentral-Genossenschaft Bank, Frankfurt AM Main's ("DZ Bank") fraudulent transfer claim but limiting the amount DZ Bank could recover to a portion of the amount traceable to DZ Bank's interest in the fraudulently transferred assets. (9th Cir. Op. (Dkt. # 47) at 3, 7; *see also* 1/7/15 Order (Dkt. # 37).) The Ninth Circuit remanded the matter

//

1 | to this court. (9th Cir. Op. at 10; *see also* Mandate (Dkt. # 49) (stating that the Ninth
2 | Circuit's judgment took effect on September 15, 2017).)

      In light of the Ninth Circuit's ruling and remand, the court ORDERS the parties to file a joint status report proposing a course of action that addresses the Ninth Circuit's remand and an accompanying timeline for the proposed course of action. The parties must file their joint status report of no more than five (5) pages no later than ten (10) days after entry of this order.

      Dated this 20th day of September, 2017.

JAMES L. ROBART
United States District Judge